| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.N. LBR 9004-1(b)**<br>Denise Carlon, Esq.<br>Brian C. Nicholas, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>dcarlon@kmllawgroup.com<br>bnicholas@kmllawgroup.com<br>Attorneys for Jeremy Doppelt Realty Management | |
| In Re:<br>Andrea L. Murphy<br><br>                Debtor | Case No: <u>17-25570 ABA</u><br><br>Chapter: <u>7</u><br><br>Judge: Andrew B. Altenburg Jr. |

## NOTICE OF APPEARANCE

      Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Jeremy Doppelt Realty Management. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

304 West Park Avenue Vineland, NJ 08360

DOCUMENTS:

☐ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☐ All documents and pleadings of any nature.
Date: 08/09/2017

                **/s/ Denise Carlon, Esquire**
                Denise Carlon, Esquire
                Brian C. Nicholas, Esquire
                **KML Law Group, P.C.**
                216 Haddon Avenue, Ste. 406
                Westmont, NJ 08108
                (609) 250-0700 (NJ)
                (215) 627-1322 (PA)
                FAX: (609) 385-2214
                Attorney for Movant/Applicant

*new 8/1/15*