UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Jeremy Doppelt Realty Management

In Re:

Andrea Murphy,

Debtor.

Case No.: 17-25570-ABA

Chapter: 13

Hearing Date: 11/29/2017

Judge: Altenburg

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled  ☐ Withdrawn

Matter: Objection to Confirmation of Plan (docket # 15)

Date: 11/28/2017

/s/ Denise Carlon
Signature

rev.8/1/15