# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2017 to 12/31/2017
**Case Number: 17-25570 (ABA)**

Andrea L. Murphy
304 West Park Avenue
Vineland, NJ 08360

Monthly Payment: $450.00
Payments / Month: 1
Current Trustee Comp.: 7.80%

### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 09/05/2017 | $450.00 | 10/02/2017 | $450.00 | 11/03/2017 | $450.00 | 12/04/2017 | $450.00 |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ANDREA L. MURPHY | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MC DOWELL POSTERNOCK APELL & DETRICK, P.C. | 13 | $3,055.19 | $1,504.35 | $1,550.84 | $0.00 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $916.33 | $0.00 | $916.33 | $0.00 |
| 2 | LVNV FUNDING, LLC | 33 | $2,416.76 | $0.00 | $2,416.76 | $0.00 |
| 3 | CITY OF VINELAND | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | COMENITY CAPITAL BANK/HSN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | COOPER LEVENSON | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | DISCOVER BANK | 33 | $4,098.24 | $0.00 | $4,098.24 | $0.00 |
| 7 | EQUIANT FINANCIAL SERVICES | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | QUANTUM3 GROUP, LLC | 33 | $2,431.30 | $0.00 | $2,431.30 | $0.00 |
| 9 | EXPERIAN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | U.S. DEPARTMENT OF EDUCATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | DEPARTMENT OF THE TREASURY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | JDRM, LLC | 24 | $38,222.00 | $0.00 | $38,222.00 | $0.00 |
| 13 | KML LAW GROUP, PC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | SOUTH JERSEY F.C.U. | 24 | $3,450.00 | $155.25 | $3,294.75 | $155.25 |
| 15 | STATE OF NEW JERSEY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | TRANSUNION, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | U.S. TRUSTEE. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | THOMAS G. EGNER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | U.S. DEPARTMENT OF EDUCATION | 33 | $109,731.71 | $0.00 | $109,731.71 | $0.00 |
| 21 | U.S. DEPARTMENT OF EDUCATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | U.S. DEPARTMENT OF EDUCATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | U.S. DEPARTMENT OF EDUCATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 09/01/2017 | 26.00 | $450.00 |
| 11/01/2019 | 34.00 | $1,296.00 |
| 09/01/2022 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $1,800.00 |
| Total paid to creditors this period: | $155.25 |
| Undistributed Funds on Hand: | $414.90 |
| Arrearages: | $0.00 |
| Attorney: | MC DOWELL POSTERNOCK APELL & DETRICK, P.C. |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**